IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL EARL JOHNSON,       : | |
|     Plaintiff,       : | |
| : | |
| vs.       : | |
| : | CIVIL ACTION 14-00457-WS-B |
| DEWAYNE ESTES,       : | |
|     Respondent.       : | |
| : | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Petitioner's petition for habeas corpus relief is hereby **DENIED** and, further, that a certificate of appealability is hereby **DENIED**.

DONE this 31st day of January, 2017.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE